JAMES A. CARDINAL, Respondent, *v.* MERCURY INSURANCE COMPANY, Appellant, and JOHN ROSHIRT, INC., et al., Respondents.

(Argued November 22, 1934; decided December 7, 1934.)

*Charles B. Sullivan, Nelson R. Pirnie* and *Warner M. Bouck* for appellant.

*Frank L. Wiswall* and *Carl O. Olsen* for plaintiff-respondent, and John Roshirt, Inc., defendant-respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division. *Held*, that there was, on the findings, no disclosure of the true interest of the assured and the policy was void and not subject to reformation. (*Lasher* v. *St. Joseph Fire & Mar. Ins. Co.*, 86 N. Y. 423; *Skinner* v. *Norman*, 165 N. Y. 565, 571. See, also, *Commercial Mut. Fire Ins. Co.* v. *Crawford*, 219 App. Div. 110.) No opinion. (See 266 N. Y. 542.)

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE, J. Not sitting: LOUGHRAN, J.